IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:82-cr-01005-MP-AK

MARK WELDON CANTRELL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of Magistrate Judge Kornblum, recommending that Defendant's motion to vacate pursuant to 28 U.S.C. § 2255, Doc. 28, be denied. The Magistrate Judge filed the Report and Recommendation on Wednesday, March 23, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255, Doc. 28, is DENIED.

**DONE AND ORDERED** this <u>  4th  </u> day of May, 2005.

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
